

## NUMBER 13-08-00693-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN RE BARRY L. PIZZO

### On Petition for Writ of Mandamus.

### MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Vela
### Per Curiam Memorandum Opinion[1]

Relator, Barry Louis Pizzo, pro se, filed a petition for writ of mandamus in the above cause on December 4, 2008, through which he complained that the trial court had not assumed jurisdiction of this case on remand. *See Pizzo v. State*, No. 13-03-00392-CR, 2008 Tex. App. LEXIS 5282, *2 (Tex. App.–Corpus Christi July 17, 2008, no pet.) (not designated for publication) (reversing and remanding for a new trial). The Court requested that the real party in interest, the State of Texas by and through the Criminal District

---

[1] *See* Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).

Attorney in and for Grimes County, Texas, file a response to relator's petition for writ of mandamus. Such response was duly filed on December 22, 2008.

The Court, having examined and fully considered the petition for writ of mandamus and the response thereto, is of the opinion that relator has not shown himself entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and
filed this 5th day of January, 2009.